# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

NISAR AHMAD FANA,

Petitioner,

v.

KRISTI NOEM, Secretary of the
Department of Homeland Security,
PAMELA JO BONDI, Attorney General,
TODD M. LYONS, Acting Director,
Immigration and Customs Enforcement,
JESUS ROCHA, Acting Field Office
Director, San Diego Field Office,
JEREMY CASEY, Warden at Imperial
Regional Detention Center,

Respondents.

Case No.:  26cv0504 DMS MMP

**ORDER REQUIRING RESPONSE**

On January 26, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  Respondents shall file their response to the Petition on or before by **February 4, 2026**.  Petitioner shall file his reply on or before **February 9, 2026**.  Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees,

attorneys, and other persons who act in concert or participation with Respondent **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

   **IT IS SO ORDERED**.

Dated:  January 28, 2026

Hon. Dana M. Sabraw
United States District Judge

2

26cv0504 DMS MMP