# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NISAR AHMAD FANA,<br><br>                                  Petitioner,<br><br>        v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, PAMELA JO BONDI, Attorney General, TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, JESUS ROCHA, Acting Field Office Director, San Diego Field Office, JEREMY CASEY, Warden at Imperial Regional Detention Center,<br><br>                                  Respondents. | Case No.:  26cv0504 DMS MMP<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING** |

This case is currently pending before the Court.  The Court has reviewed the parties' briefs and the record, and requests supplemental briefing from the parties on whether Petitioner is a citizen of France.  There is evidence in the record that Petitioner may hold a French passport, but no other evidence to support a finding that Petitioner may be a French citizen, and in the Traverse Petitioner appears to dispute he is a French citizen.  Petitioner shall submit his supplemental brief on or before **March 11, 2026**, and Respondents shall

26cv0504 DMS MMP

file their supplemental brief on or before **March 13, 2026**. In their supplemental brief, Respondents shall also provide the Court with an update on the status of ICE's request for a travel document for Petitioner.

        **IT IS SO ORDERED**.

Dated: March 5, 2026

_____
Hon. Dana M. Sabraw
United States District Judge